```
     ✓  FILED           ___ RECEIVED
    ___ ENTERED         ___ SERVED ON
                        COUNSEL/PARTIES OF RECORD

              APR - 1 2015

          CLERK US DISTRICT COURT
             DISTRICT OF NEVADA
    BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:05-CR-0172-HDM (VPC) |
| Plaintiff, | ORDER |
| vs. | |
| MARIO JIMENEZ, | |
| Defendant | |

In accordance with Title 18 U.S.C. § 3583(e)(1), the court orders that, as of April 1, 2015, MARIO JIMENEZ's three-year term of supervised release that commenced on August 26, 2013, is hereby reduced by one year, for a two-year term, following his successful completion of the District of Nevada's CLEAR Court (Court Led Efforts at Recovery) Program.

Dated: April 1, 2015.

/s/ Howard D. McKibben
HOWARD D. McKIBBEN
UNITED STATES DISTRICT JUDGE